AMERICAN APPAREL, INC.
Joyce E. Crucillo (SBN 185405)
Jennifer I. Kim (SBN 250039)
747 Warehouse Street
Los Angeles, CA 90021
Telephone: (213) 488-0226 ext. 1342
Facsimile: (213) 201-3046
joycec@americanapparel.net
jenniferk@americanapparel.net

*Attorneys for Plaintiff*
*American Apparel, Inc.*

JS-6

Note changes made by Court

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN APPAREL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BASICS STORES WEST, INC., a California corporation; MORRIS COHEN, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: CV11-06241 JFW (MRWx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Complaint Filed: July 28, 2011 |

---

1

**STIPULATED DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

14

## STIPULATED DISMISSAL

WHEREAS Plaintiff AMERICAN APPAREL, INC. ("Plaintiff") and Defendants AMERICAN BASICS STORES WEST, INC. and MORRIS COHEN (collectively, the "Defendants") have reached a settlement of all claims in this litigation, IT IS HEREBY ORDERED AND ADJUDGED:

1. ~~Pursuant to the parties' settlement agreement, this Court shall retain continuing and exclusive jurisdiction for the purpose of making any further orders necessary or proper for the enforcement or interpretation of the parties' settlement agreement.~~

2. The Plaintiff's complaint against the Defendants is hereby dismissed with prejudice.

SO ORDERED.

Dated: April 19, 2012            /s/
                                 The Honorable John F. Walter

SO STIPULATED

Dated: April 12, 2012            PLAINTIFF
                                 American Apparel, Inc.

                                 By: [signature]

                                 Its: CHIEF LITIGATION COUNSEL

Dated: April 12, 2012            By: [signature]
                                 Jennifer I. Kim
                                 Attorney for Plaintiff
                                 American Apparel, Inc.

```
 1   Dated: April 12, 2012            DEFENDANTS
 2                                    American Basics Stores West, Inc.
 3
                                      By: _____
 4
                                      Its: Pres              4-17-2012
 5
 6
 7   Dated: April 12, 2012            Morris Cohen
 8
                                      _____
 9                                    Morris Cohen           4-17-2012
10
11
12   Dated: April ___, 2012           By: _____
                                      Ezra Sutton
13                                    Attorney for Defendants
                                      American Basics Stores West, Inc. and
14                                    Morris Cohen
```

3
STIPULATED DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO
ENFORCE SETTLEMENT AGREEMENT

| | |
|---|---|
| Dated: April ____, 2012 | **DEFENDANTS**<br>American Basics Stores West, Inc.<br><br>By: _____<br><br>Its: _____ |
| Dated: April ____, 2012 | Morris Cohen<br><br>_____<br>Morris Cohen |
| Dated: April /2, 2012 | By: *(signature)*<br>Ezra Sutton<br>Attorney for Defendants<br>American Basics Stores West, Inc. and<br>Morris Cohen |

3

**STIPULATED DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**